UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHANE JEANSONNE #20357-035,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-02097<br>SEC P |
| VERSUS | JUDGE DRELL |
| USA ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 9], and after a *de novo* review of the record including the Objection filed by Petitioner [ECF No. 10], and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 5 day of October 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT